UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANDREW U.D. STRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-03483-JMS-TAB |
| | ) | |
| INDIANA SUPREME COURT, | ) | |
| BRENDA RODEHEFFER, | ) | |
| G. MICHAEL WITTE, | ) | |
| LORETTA H. RUSH CHIEF JUSTICE OF | ) | |
| INDIANA, | ) | |
| JAMES ROBERT AHLER Hearing Officer, | ) | |
| LILIA G. JUDSON, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Orders issued on this day and on January 23, 2017, all of Plaintiff's claims against Defendants are **DISMISSED**. The Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff pursuant to Federal Rule of Civil Procedure 58, such that Plaintiff shall take nothing by way of his Complaint.

Date: February 16, 2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via CM/ECF:**

Andrew U. D. Straw
andrew@andrewstraw.com

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Betsy M. Isenberg
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov