No. 17-

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

ANDREW U. D. STRAW,
*Plaintiff-Appellant,*
     *v.*
INDIANA SUPREME COURT, ET. AL.
*Defendant-Appellees.*

Appeal from the United States District Court
For the Southern District of Indiana
Case No. 1:16-cv-3483-JMS-TAB
The Honorable Judge Jane Magnus-Stinson

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff, Andrew U. D. Straw, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable Jane Magnus-Stinson entered on February 16, 2017, Docket number 38, including all prior interlocutory rulings.

Respectfully submitted this 16th Day of February, 2017.

                                          Andrew U. D. Straw, *Proceeding Pro Se*
                                          Telephone: (574) 971-0131
                                          Email: andrew@andrewstraw.com

1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173