UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| ANDREW U.D. STRAW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:16-cv-03483-SEB-TAB |
| INDIANA SUPREME COURT, BRENDA RODEHEFFER, G. MICHAEL WITTE, LORETTA H. RUSH CHIEF JUSTICE OF INDIANA, JAMES ROBERT AHLER Hearing Officer, LILIA G. JUDSON, | ) | |
| Defendants. | ) | |

**ORDER**

On April 16, 2018, we ordered Plaintiff to show cause why he should not be prohibited from future filings in connection with this case, given his persistence in submitting frivolous post-judgment filings despite the Court's repeated admonitions that he cease from doing so. Plaintiff responded to the show cause order on April 19, 2018, arguing again that he should be allowed to proceed with this case against Defendant James Robert Ahler because Ahler "cannot be covered by *res judicata* …." Dkt. 80 at 3. We note that the Seventh Circuit Court of Appeals, in affirming Judge Magnus Stinson's order dismissing this case against all Defendants, *including Mr. Ahler*, has held otherwise. *See Straw v. Indiana Supreme Court*, 692 Fed. App'x 291, 294 (7th Cir. 2017) ("As the district court explained, Straw had sued the Indiana Supreme Court and its employees in 2015 for disability discrimination, and that suit was dismissed for failure to

1

state a claim. … The entry of judgment pursuant to Rule 12(b)(6) was a final judgment *for purposes of res judicata*. … Straw offers no other challenge to the district court's conclusion that res judicata bars his suit. Accordingly, the judgment of the district court is AFFIRMED.") (emphasis added).

Mr. Straw's writ of certiorari seeking review of the Seventh Circuit's ruling was denied by the United States Supreme Court on January 11, 2018. Because Mr. Straw has shown no legally sufficient reason for his not being banned from making further post-judgment filings in this closed case, our prior order(s) stand. He is accordingly hereby <u>PROHIBITED</u> from filing any papers in this cause other than a possible appeal of this order to the Court of Appeals. Any future filings submitted either directly or indirectly by or on behalf of Mr. Straw in this case in violation of this order shall not be accepted by the Clerk, who is directed to return them unfiled. Any papers filed electronically will be stricken. The filings made by Mr. Straw in this case between April 16, 2018 and the date of this entry will not be reviewed by the Court for the same reasons explained above.

IT IS SO ORDERED.

Date: 5/11/2018

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Betsy M. DeNardi
OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Andrew U. D. Straw
1900 E. Golf Road
Suite 950A
Schaumburg, IL 60173